UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MAGEE, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>F/V IT AIN'T EASY )<br>and )<br>GRACE FISHING, INC. )<br>Defendants. ) | CIVIL ACTION NO. 04-11215-RCL |

## DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURE

Now come the defendants, F/V IT AIN'T EASY and Grace Fishing, Inc. and hereby submit the foregoing Initial Disclosure pursuant to Fed. R. Civ. P. 26(a)(1).

**A.    Witness Information**

David Magee
Cape May, NJ

Mike McDonald
24 Highland Avenue
Fairhaven, MA

William Johnson
Address currently unknown

Norman Vieira
Address currently unknown

James Dwyer
Address currently unknown

Steve Lacombe
Address currently unknown

Laurence S. McAuliffe, M.D.
Cape Cod Hospital
27 Park Street
Hyannis, MA

Treating Physicians
Brigham and Women's Hospital
Boston, MA

Treating Physicians
Presbyterian Hospital
Philadelphia, PA

Mark R. Sorensen, M.D., P.A.
Cape May Court House, NJ

Treating Physicians
Burdette Tomlin Memorial Hospital
Cape May Court House, NJ

**B.**    **Document Information**

1.    Settlement sheets

2.    The plaintiff's medical records (for providers referenced above)

**C.**    **Damages Information**

Not applicable.

**D.**    **Insurance Information**

Please see attached insurance policies issued by the Fireman's Fund Insurance Company, policy number OHL99600076 and Lloyds of London, policy number 00H424.

For the defendants,
F/V IT AIN'T EASY and
GRACE FISHING, INC.,
By their attorneys,

**REGAN & KIELY LLP**

Joseph A. Regan (BBO #543504)
Syd A. Saloman (BBO #645267)
85 Devonshire Street
Boston, MA 02109
(617)723-0901

i hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail on ___7-26-04___

2