UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID MAGEE,            )
      Plaintiff,      )
                       )
v.                     )   CIVIL ACTION NO. 04-11215-RCL
                       )
F/V IT AIN'T EASY      )
and                    )
GRACE FISHING, INC.    )
      Defendants.     )

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Now come the parties to this action, by their attorneys, and hereby jointly move to continue the Scheduling Conference which is currently set for September 23, 2004. As grounds for this motion, the parties state that the plaintiff's counsel will be out of town on this date and unavailable to appear and the defendants' counsel assents to the continuance. The parties have conferred and are available to appear at a Scheduling Conference on October 5, 6 or 11.

Accordingly, the parties request that the Scheduling Conference be continued to one of these dates.

For the plaintiff:

_[signature]_
David B. Kaplan (BBO #258540)
Kaplan/Bond Group
Boston Fish Pier
P.O. Box 51404
Boston, MA 02210
(617) 261-0080

For the defendant:

_[signature]_
Syd A. Saloman (BBO #645267)
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617) 723-0901

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail on 9-14-04.