UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MAGEE, )<br>)<br>    Plaintiff, )<br>) C.A. NO.: 04-11215 RCL<br>v. )<br>)<br>F/V IT AIN'T EASY and )<br>GRACE FISHING, INC., )<br>)<br>    Defendants. ) | |

## PLAINTIFF'S EXPERT WITNESS DISCLOSURES

The plaintiff submits this expert witness disclosure pursuant to Fed.R.Civ.P. 26(a)(2) and in accordance with the court's May 3, 2005 order extending the time for plaintiff to disclose his experts to October 3, 2005.

The following experts may be called upon to testify on behalf of the plaintiff:

1.    Theophilus Moniz, III
      Advanced Marine Safety Services
      93 Old Main Road
      North Falmouth, Massachusetts  02556

With respect to the proposed expert testimony of Mr. Moniz, please find the following documentation attached as Exhibit A: (1) a signed Preliminary Report; (2) a Curriculum Vitae, which includes his qualifications; and (3) Mr. Moniz's fee schedule.  Mr. Moniz has not testified as an expert at trial or by deposition within the past four years.

2.  Daniel J. Boyle, M.D.
    Cape Health Solutions, L.L.C.
    650 Townbank Road
    North Cape May, New Jersey 08204

    With respect to the proposed expert testimony of Dr. Boyle, a signed report, Curriculum Vitae and a fee schedule shall be seasonably supplemented.

3.  Lawrence S. McAuliffe, M.D., F.A.C.C.
    The Cardiovascular Specialists
    25 Main Steet
    Hyannis, Massachusetts 02601

    With respect to the proposed expert testimony of Dr. McAuliffe, a signed report, Curriculum Vitae and a fee schedule shall be seasonably supplemented.

Respectfully submitted,
For the plaintiff,
By his attorney,


/s/ David B. Kaplan, Esq.
DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, Massachusetts 02210
(617) 261-0080
BBO #258540


Dated: October 3, 2005