UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MAGEE,                )<br>                             )<br>    Plaintiff,              )<br>                             )<br>v.                           )<br>                             )<br>F/V IT AIN'T EASY and        )<br>GRACE FISHING, INC.,         )<br>                             )<br>    Defendants.              ) | C.A. NO.:  04-11215 RCL |

**PLAINTIFF'S SUPPLEMENTAL EXPERT WITNESS DISCLOSURE**

The plaintiff submits this supplemental expert witness disclosure pursuant to Fed.R.Civ.P. 26(e)(1) and expressly incorporated herein all that was disclosed in the initial filing.

The following expert may be called upon to testify on behalf of the plaintiff:

1.  Daniel J. Boyle, M.D.
    Cape Health Solutions, L.L.C.
    650 Townbank Road
    North Cape May, New Jersey 08204

With respect to the proposed expert testimony of Dr. Boyle, please find the following documentation attached as <u>Exhibit A</u>: (1) a signed Preliminary Report; (2) a Curriculum Vitae, which includes his qualifications; (3) Fee Schedule; and (4) a five-year history of Deposition and Trail Testimony.

Respectfully submitted,
For the plaintiff,
By his attorney,


/s/ David B. Kaplan, Esq.
DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, Massachusetts 02210
(617) 261-0080
BBO #258540


Dated: November 7, 2005