# Exhibit A

**Cape Health Solutions, L.L.C.**
*650 Townbank Rd*
*North Cape May, NJ 08204*
*Phone (609) 898-7447*
*Facsimile (609) 898-1912*
*e-mail djboyle@aol.com*

*Daniel J. Boyle, MD*                               *Michael G. Maroldo, MD*

May 4, 2005

Dr. Mr. Kaplan

I am writing to you in response to your request regarding the medical problems of my patient, Mr. David Magee. Please find attached a note regarding his most recent visit to my office. This should outline the circumstances around his acute coronary event, which started the cascade of medical problems that the patient had and is continuing to experience. I understand, from your letter, that under admiralty law, the ship owner is obligated to pay "maintenance and cure" because the disabling condition occurred while in the service of the vessel. Clearly, that is the case. It was during the time that the patient was hauling nets, which is heavy physical exertion, when he first experienced symptoms. His symptoms were classic for an acute coronary syndrome and undoubtedly were precipitated by the heavy work that he was doing.

With regard to the question of negligence and/or un-seaworthiness, the patient tells me, and you noted in your letter to me, that the drums were inadequate size for the nets and the rollers If indeed that is correct, then it would appear to me that negligence occurred which further exacerbated the situation precipitating his condition of acute coronary syndrome. Also, it is likely that the exhortations from the captain to the crew to work faster, so that the nets were hauled before entering a restricted area, could also be considered negligent. Certainly, the fact that he was hurrying while working also exacerbated the condition and contributed to his experiencing an acute coronary event. If he had not experienced a coronary event he would not have been given Heparin. The gastrointestinal bleeding that he experienced because of the Heparinization is also directly related to the acute coronary event. If his coronary artery disease had been diagnosed absent an acute coronary event, he could have been treated without the Heparin and therefore without suffering the gastrointestinal bleed. His occult malignancy would have caused him problems and necessitated surgeries not withstanding what occurred on board the "It Ain't Easy" in December of 2002.

I hope this information is responsive to your questions. Please to not hesitate to contact me.

Cordially,

*[signature]*
Daniel J. Boyle, MD

MAGEE, DAVID                                                04/26/05

Comprehensive Physical Exam

David Magee is a patient who has been under my care since January of 2003. He came to me as a result of acute coronary syndrome. Chief complaint: Acute coronary syndrome. History of present illness, the patient who is 50-years-old, enjoyed his usual state of good health until December 12, 2002 when he was hauling nets on the fishing boats, (It Ain't Easy) and developed chest pain. He was part of a crew that was hurriedly hauling in nets. There was extra stress at this time because the boat was on the border of a closed area and entering this area would result in fines therefore, the captain was exhorting the crew to hurry. The work was also more arduous than usual because the drum that held the nets and rollers was too small to accommodate them adequately and this required extra tugging and pulling on the nets to straighten them out. During this work that exceeding the normal level of work that the patient would have to do hauling nets by virtue of the undersized drum and by virtue of the exhortation of the captain to hurry, precipitated jaw pain, left arm pain, shortness of breath, tingling in the fingers. The patient was then air lifted by the Coast Guard to Cape Cod Hospital in Hyenas Port, where he was diagnosed as having an acute coronary syndrome. He was given Heparin but developed gastrointestinal bleeding from an occult gastrointestinal malignancy. He was ultimately stabilized and had coronary bypass surgery in March of 2003. He was then felt to be stable enough to have a Whipple procedure in April of 2003 for his gastrointestinal malignancy both in the descending colon and duodenum. He had sutures placed in the pancreas and the sutures did not hold causing pancreatic digestive juices to spill throughout the abdomen, which caused autolysis of the spleen necessitating a splenectomy. The patient as a result of his complicated medical history also developed a deep vein thrombosis and pulmonary embolus. Also because of his multiple surgeries, he developed nonhealing of his abdominal wound requiring yet another surgical procedure after the splenectomy and he is left with a large abdominal incisional hernia because of all of this.
Past Medical History: See above illness: The patient was diagnosed as having Diabetes Mellitus and coronary artery disease as noted above. Meds: He takes Aspirin a day and Cialis.
Social history: He is a ½ pack a day smoker and a nondrinker.
Family history: His mother died at age 78 of peritonitis. His father died at age 68 with carcinoma of the pancreas. He has a 60-year-old half brother that has lymphoma and appears to be in remission. He has no children.
Review of Systems: HEENT: Negative. Cardiorespiratory: Negative. GI: Negative. GU: The patient complains of erectile dysfunction. Musculoskeletal: Negative. Cutaneous: Negative. Physical exam today, the patient's weight is up 9 pounds at 305. Blood pressure 100/62. Pulse 70, R 12. T 97.4. HEENT: PERRL. EOM is intact. Fundi are benign. TMs are clear. Pharynx is clear. Neck is supple. There are no nodes or bruits. There is a normal thyroid. Chest is symmetrical. There is a mediastinotomy incision. Heart: Regular rhythm. S1/S2 normal. Lungs: Clear. Abdomen: There is a large incisional abdominal hernia. There are no visceromegaly or masses. Bowel sounds are active. Genital and rectal exam was deferred. DP and PT pulses are ½ +/2+ bilaterally, without edema or cyanosis. Lab: The patient had a blood glucose which is elevated at 145. He had a normal CEA and CBC. The rest of his chemistries were within normal limits.
Diagnoses: Coronary artery disease, status post carcinoma of the duodenum and descending colon. Diabetes Mellitus, status post DVTs, and erectile dysfunction.
Plan: The patient will be started back on Glucophage for treatment of his diabetes. He will continue to take Aspirin and Cialis as prescribed. The patient will be seen for followup in two months after a Hemoglobin A1C is obtained.
DJB:cs

**DANIEL J. BOYLE, M.D.**
**Curriculum Vitae January 2005**

BIOGRAPHIC AND PERSONAL INFORMATION:

ADDRESS:           116 West 25th Ave
                   North Wildwood NJ 08204

OFFICE:            650 Townbank Road
                   North Cape May New Jersey 08204
                   (609) 898-7447

DATE OF BIRTH:     August 28, 1946

PLACE OF BIRTH:    Upper Darby, PA

SPOUSE:            Margaret R. Boyle

DATE OF BIRTH:     February 3, 1947


ACADEMIC HISTORY:

1960 – 1964        South Hills Catholic High School
                   Pittsburgh, PA
                   Graduated

1964 – 1968        Wheeling College
                   Wheeling, West Virginia
                   Bachelor of Science

1969 – 1973        Georgetown University School of Medicine
                   Washington, DC
                   Doctor of Medicine

1973 – 1974        Georgetown University Hospital
                   Washington, DC
                   Residency

1997-1998          National Institute for Program
                   Director Development
                   Fellowship

CERTIFICATION:     The American Board of Family Practice 1977
                   Recertification Dates: 1984, 1991, 1997, 2003
                   Certificate of Added Qualification: Sports Medicine 1995

PROFESSIONAL WORK EXPERIENCE:

| | |
|---|---|
| 1974 –1983 | Group Family Practice<br>Cornelsen, Cullen and Boyle, P.A.<br>5103 Marlboro Pike<br>Hillside, Maryland |
| 1983 – 1990 | Solo Private Practice, Family Medicine<br>Daniel J. Boyle, M.D.<br>10313 Georgia Avenue, suite 201<br>Silver Spring, Maryland |
| 1990 – 1991 | Group Family Practice<br>Boyle, Delaney and Swink, MD's<br>10313 Georgia Avenue, Suite 201<br>Silver Spring, Maryland |
| 1992 –1994 | Solo Family Practice<br>Daniel J. Boyle, M.D.<br>10313 Georgia Avenue, Suite 201<br>Silver Spring, Maryland |
| 1994 –1996 | Healthways Family Medical Center<br>10313 Georgia Avenue, Suite 201<br>Silver Spring, Maryland |
| 1996 –2001 | Chairman, Department of Family Practice<br>St. Francis Medical Center<br>4221 Penn Avenue, Suite 100<br>Pittsburgh, PA  15224 |
| 2001-PRESENT | Group Family Practice<br>Cape Health Solutions<br>650 Townbank Road<br>North Cape May<br>New Jersey 08204 |
| 1986 – 1987 | Medical Home Visit Radio Talk Program Host |
| 1997 – 2000 | Radio Show Host<br>KQV Health Beat |
| 1999 2001 | Medical Director<br>St. Francis Physicians, Inc.<br>4117 Liberty Avenue<br>Pittsburgh, PA  15224<br>(412) 605-6046 |
| 2000-2001 | Vice-president Ambulatory and Community Health<br>St. Francis Medical Center<br>5213 Penn Avenue<br>Pittsburgh, PA. 15224 |

HOSPITAL AFFILIATION
Burdette Tomlin Memorial Hospital
2 Stone Harbor Blvd.
Cape May Courthouse, New Jersey 08210


LICENSURE:
State of New Jersey MA 72321(2001-Present)


ACADEMIC APPOINTMENTS:

George Washington University School of Medicine
Washington, DC  20037
- Family Practice Department Instructor

Georgetown University of School of Medicine
Washington, DC  20007
- Family Practice Department Instructor


COMMITTEES & APPOINTMENTS:

| | |
|---|---|
| 1970 – PRESENT | Knights of Columbus 4th Degree |
| 1978 | Candidate, Maryland House of Delegates |
| 1973 – 1975 | Member, Citizens Advisory Board of Education Montgomery County Maryland for Sex Education |
| 1975 – 1978 | Member of the Board Maryland Right to Life |
| 1980 – 1981 | President of the Board Maryland Action for Human Life |
| 1985 – 1987 | Member of the Parish Council, St. Johns, Silver Spring, MD |
| 1988 – 1991 | Member of the Parish Council, St. Johns, McLean, VA |
| 1994 – 1996 | Member Board of Governors Archbishop Dennis J. O'Connell High School Arlington, VA |
| 1997 – 2001 | Medico – Legal Committee, ACMS ACMS, Pittsburgh, PA |
| 1998– 1999 | Alternate Delegate Pennsylvania Medical Society |
| 1998-2001 | Medical Director St. Francis Home Health Services St. Francis Home Infusion Services |

| | |
|---|---|
| 1998-2001 | St. Francis Corporate Compliance Committee<br>St. Francis Corporate Compliance Executive Committee |
| 2000-2001 | Delegate<br>Pennsylvania Medical Society |
| 2000-2002 | Member American College of Physician Executives |
| 2003-present | Member Peer Review Committee, Burdette Tomlin Memorial Hospital |
| 2004-present | Chief, Division of Family Practice, Burdette Tomlin Memorial Hospital |
| 2005- present | Member Quality Improvement Committee, Burdette Tomlin Memorial Hospital |

## COMMUNITY SERVICE:

| | |
|---|---|
| 1980 -2001 | Catholic Youth Organization<br>Baseball/Basketball Coach |
| 1976 – 1996 | Right to Life Speaker Bureau |
| 1985 – 1996 | Gonzaga College High School<br>Team Physician |
| 1982 – 1996 | Auctioneer Parish Auction |
| 1996 –2001 | Central Catholic High School<br>Team Physicians |

## PUBLICATIONS:

| | |
|---|---|
| 1999 | *Sports Medicine Handbook for Coaches and Parents*<br>Georgetown University Press |

# CAPE HEALTH SOLUTIONS, LLC

650 Townbank Rd
North Cape May, NJ 08204
Phone (609) 898-7447
Facsimile (609) 898-1912

**Daniel J. Boyle, MD**  **Michael G. Maroldo, MD**

Dear Mr. Kaplan:   October11th,2005

The following is my fee schedule

Record Review

$300/hour two hour minimum

Deposition Testimony

$400/ hour plus expenses eg. travel 2 hour minimum

Trial testimony

$3500/Day plus expenses

**Deposition Testimony**

2001
Opalka v. Berger 10/2
Wellner v. Nystrom 11/1
Kelley v. Kaiser 11/12
Peterkin v. Sandhu
Copeland v. Hudson-Stanton

2002
Brown v. Kaiser 1/3
Ludlum v. Singh 1/10
McFarland v. Hatton 2/22
Radford v. Jackson 3/21
Castle v. Hollander 4/5
Harold v. Pottschmitt 5/16
Ackerson v. Vera 5/30
Fiore v. Rao 5/31
Elberson v. Smith 6/6
Fletcher v. Lilly 6/28
Paulus v. Chiteman 7/11
Dehn v. Edgecombe 7/11
Gearhart v. Chesapeake Family Practice 8/9
Williams v. Fieldson 8/27
Moasser v. Blackburn 9/4
Brown v. Lee 10/23
Carter v. Flynn 10/24
Shoemaker v. Kaiser 11/14
Gill v. Rupert 12/10
Senior v. Kaiser 12/12

2003
Luskin v. Zala
Yates v. Simmons Clemmons 1/23
Davis v. DePena 2/12
Locket v. Kaiser 2/21
Heidenreich v. Gallitan 7/23
Jefferies v. Tilly 10/1
Yankey v. Pickert 10/30
Thomas v. LaFleur 12/12

2004
Pfeffer Fisher 1/21
Keefer v. Franklin Square Hospital 1/29
Patrick v. Minnick 3/23

Wood v. Folkermer 4/13
Coon v. Patel 5/13
Sneigle v. Allen 5/20
Tice v. Soriano 8/24
Raspe v. Benjamin 9/9
Gibson v. Mid Ohio Valley Medical Group 10/20
Roussell v. Akal 12/22

2005
Hamilton v. Potomac Physicians 1/05
Postell v. Holy Cross Hospital 1/06
Bailey v. Mahmood 2/10
Cropper v. Oung 4/12
Grimstead v. Brockington 4/18
Sisas v. Anne Arundel Medical Center 6/2
Temby v. Bell 7/14

**Trial Testimony**
2001
Sann v. Barker
Jones v. Hartig
Berger v. Henry
BPQA v. Hewitt (administrative hearing)
Jones v. Loya

2002
Harold v. Pottschmitt 5/30
Dehn v. Edgecomb 7/25
Paulus v. Chiteman 9/13
Newbold v Western Maryland Hospital 10/25 (administrative hearing)

2003
Jewell v. Angco 2/26
BPQA v. Pickert 5/15 (adminisrrative hearing)
Lawson v. McCready 11/6

2004
Drach v. Biggans 5/29
Kennedy v. Bennett 9/8
2005
Hanrahan V. Moody 6/8