UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MAGEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO.:  04-11215 RCL |
| v. ) | |
| ) | |
| F/V IT AIN'T EASY and ) | |
| GRACE FISHING, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SUPPLEMENTAL EXPERT WITNESS DISCLOSURES**

The plaintiff submits this supplemental expert witness disclosure pursuant to Fed.R.Civ.P. 26(e)(1) and expressly incorporates herein all that was disclosed in the initial and all prior supplemental filings.

The following expert may be called upon to testify on behalf of the plaintiff:

1. Lawrence S. McAuliffe, M.D., F.A.C.C.
   The Cardiovascular Specialists
   25 Main Steet
   Hyannis, Massachusetts 02601

With respect to the proposed expert testimony of Dr. McAuliffe, please find his signed Preliminary Report, which includes his qualifications, attached as <u>Exhibit A</u>.

Fee Schedule: $400/hour for Deposition Testimony and $3500/day for Trail Testimony.

Dr. McAuliffe has not testified at deposition or trial in the past four years.

Respectfully submitted,
For the plaintiff,
By his attorney,


/s/ David B. Kaplan, Esq.
DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, Massachusetts 02210
(617) 261-0080
BBO #258540


Dated: November 8, 2005