UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*********************
DAVID MAGEE,           *
    Plaintiff,         *
                       *           C.A. NO.:  04-11215 RCL
v.                     *
                       *
F/V IT AIN'T EASY and  *
GRACE FISHING, INC.,   *
    Defendants.        *
*********************
```

## PLAINTIFF'S SUPPLEMENTAL LR 7.1(D) REQUEST FOR HEARING ON PLAINTIFF'S MOTION FOR COURT-ORDERED MEDIATION

In light of Defendants' Opposition to Plaintiff's Motion, Plaintiff believes that oral argument may assist the court and wishes to be heard for the following reasons:

1. The parties offer two contradictory representations of the applicable statute;

2. The parties offer two contradictory representations of the binding precedent; and

3. The parties disagree about the weight and content of a Local Rule.

For the above-stated reasons, Plaintiff respectfully requests this court to schedule a brief hearing of this matter.


Respectfully submitted,
David Magee,
By his attorney,

/s/ David B. Kaplan\_\_\_\_    _____
DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, Massachusetts 02210
(617) 261-0080
B.B.O. No. 258540

Dated: March 17, 2006