UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MAGEE,           ) | |
|         Plaintiff,    ) | |
|                       ) | |
|         v.            ) | CIVIL ACTION NO. 04-11215-RCL |
|                       ) | |
| F/V IT AIN'T EASY     ) | |
| and                   ) | |
| GRACE FISHING, INC.   ) | |
|         Defendants.   ) | |

**NOTICE OF CHANGE OF ADDRESS**

Effective May 1, 2006, please note Regan & Kiely LLP's change of address from 85 Devonshire Street, Boston, MA to:

Regan & Kiely LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210
Telephone: (617)723-0901
Facsimile: (617)723-0977

For the defendants,
F/V IT AIN'T EASY and GRACE
FISHING, INC.,
By their attorneys,

**REGAN & KIELY LLP**

/s/ Joseph A. Regan
Joseph A. Regan, Esquire (BBO #543504)
85 Devonshire Street
Boston, MA 02109
(617)723-0901
jar@regankiely.com