UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MAGEE,            )<br>      Plaintiff,    )<br>                       )<br>v.                    )<br>                       )<br>F/V IT AIN'T EASY    )<br>and                 )<br>GRACE FISHING, INC.  )<br>      Defendants.  ) | CIVIL ACTION NO. 04-11215-RCL |

### NOTICE OF WITHDRAWAL OF SYD A. SALOMAN, ESQ.

Kindly withdraw the appearance of Syd A. Saloman as attorney for the defendants. Please note that Joseph A. Regan and Regan & Kiely, LLP shall remain the attorney of record for the Defendants.

                                                                           For the defendants,

                                                                           **REGAN & KIELY LLP**

Date: May 5, 2006                                  /s/ Syd A. Saloman
                                                                           Joseph A. Regan (BBO #543504)
                                                                           Syd A. Saloman (BBO #645267)
                                                                           85 Devonshire Street
                                                                           Boston, MA 02109
                                                                           (617) 723-0901
                                                                           sas@regankiely.com