UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*********************
DAVID MAGEE,            *
     Plaintiff,         *
                        *           C.A. NO.:  04-11215 RCL
v.                      *
                        *
F/V IT AIN'T EASY and   *
GRACE FISHING, INC.,    *
     Defendants.        *
*********************
```

### PLAINTIFF'S REQUEST FOR VOIR DIRE OF PROSPECTIVE JURORS

Plaintiff respectfully requests this honorable court to inquire of prospective jurors on voir dire the following question:

1. Are any jurors, their family members or friends associated with the commercial fishing industry?

Respectfully Submitted,
Plaintiff,
By his attorney,

/s/David B. Kaplan
DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
BBO No. 258540


Dated: June 1, 2006