UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID MAGEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. 04-11215-RCL |
| | ) | |
| F/V IT AIN'T EASY | ) | |
| and | ) | |
| GRACE FISHING, INC. | ) | |
|     Defendants. | ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE**

    Now comes the defendants, F/V IT AIN'T EASY and GRACE FISHING, INC., and hereby opposes the Plaintiff's Motion in Limine regarding expert testimony. The defendants further state that the parties are attempting to narrow and/or resolve any differences they might have. The defendants will file a further memorandum in opposition to the plaintiff's motion if the parties are unsuccessful in resolving the matter.

    For the Defendants,
    By their attorneys,

**REGAN & KIELY LLP**

    /s/Joseph A. Regan
    Joseph A. Regan, Esquire (BBO #543504)
    88 Black Falcon Avenue, Suite 330
    Boston, MA 02210
    (617)723-0901
    jar@regankiely.com

Dated: June 14, 2006