

Dear General Liability Counsel,

      The Law and Corporate Affairs department of Starbucks Coffee Company would like to cordially invite you to attend our General Liability Counsel Forum in Seattle on July 20th - 21st. We have arranged several events that will help better acquaint you with our entire group. You will be introduced to partners and teams that we work closely with, including members of our Risk Management and Gallagher Bassett teams. An agenda for the forum is attached for your review. Please contact Sonya Nouri at snouri@starbucks.com or 206-318-6501 to confirm your attendance. We hope you are able to join us and look forward to seeing you in Seattle.

      Very truly yours,

      Kevin L. Stock
      director, corporate counsel

