UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MAGEE,          )<br>          Plaintiff,    )<br>                              )<br>          v.              )<br>                              )<br>F/V IT AIN'T EASY     )<br>and                          )<br>GRACE FISHING, INC.  )<br>          Defendants.  ) | <u>CIVIL ACTION NO. 04-11215-RCL</u> |

## **STIPULATION OF DISMISSAL**

      It is hereby stipulated by the parties to the above-captioned matter that the Plaintiff's Complaint be dismissed with prejudice, all rights of appeal waived.

| For the Plaintiff, | For the Defendant, |
|---|---|
| /s/David B. Kaplan | /s/Joseph A. Regan |
| David B. Kaplan - BBO # 550552 | Joseph A. Regan - BBO #543504 |
| Kaplan/Bond Group | REGAN & KIELY LLP |
| 88 Black Falcon Avenue, Suite 301 | 88 Black Falcon Avenue, Suite 330 |
| Boston, MA  02210 | Boston, MA 02210 |
| (617)261-0080 | (617)723-0901 |
| dkaplan@kaplanbond.com | jar@regankiely.com |